

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00254-CV

Margaret **GUIDRY**,
Appellant

v.

David **EVANS**, Jr.,
Appellee

From the County Court, Menard County, Texas
Trial Court No. 2021-00068
Honorable Brandon Corbin, Judge Presiding

# O R D E R

Appellant's brief is currently due October 27, 2022. On October 12, 2022, appellant filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **December 12, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court